Robert Earl Hall, pro se. S. David Schiller, Office of the United States Attorney, Richmond, VA, for appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Robert Earl Hall appeals the district court's order dismissing as untimely his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Hall,* Nos. CR–97–164; CA–00–357 (E.D.Va. Mar. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Labarry Andre Beeler, pro se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Labarry Andre Beeler appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Beeler v. Angelone,* No. CA–01–85–7 (W.D.Va. Mar. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**Labarry Andre BEELER,**
**Plaintiff–Appellant,**

v.

**Ronald J. ANGELONE, Defendant–Appellee.**

No. 01–6616.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 30, 2001.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lomus GRACE, Defendant–Appellant.**

No. 01–6628.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 30, 2001.